ORDER: The motion (Doc. No. 50) is GRANTED.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **RACHEL KATE HICKS HAGAN,**<br><br>     **Plaintiff,**<br><br>**V.**<br><br>**GLENN R. FUNK,**<br><br>     **Defendant.** | **NO. 3:24-cv-01223**<br><br>**JUDGE CAMPBELL**<br><br>**MAGISTRATE JUDGE EVANS**<br><br>**JURY DEMAND** |

## JOINT MOTION TO EXTEND DEADLINE TO SUBMIT AGREED ORDER OR STIPULATION OF DISMISSAL

On June 22, 2026, this Court entered an order administratively closing this case and setting a deadline of July 31, 2026, to file a proposed agreed order of compromise and dismissal or a stipulation of dismissal. (Doc. No. 49.) The parties' proposed settlement is subject to the approval of the Tennessee Board of Claims ("Board") under Tenn. Code Ann. § 9-8-112, and the parties do not have a time-frame for when the Board will hear the matter. The Board meets on an as-needed basis and has only met three times so far this year. Accordingly, the parties request until September 31, 2026, to file the proposed agreed order of compromise and dismissal or a stipulation of dismissal.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*s/ Rachel A. Newton*
Rachel A. Newton (BPR #022960)
Assistant Attorney General
Jeff B. Cadle (BPR #37037)